UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No: 11-04733-3G7

LISA ANN BURLINGAME

_____ Debtor(s). /

**TRUSTEE'S NOTICE OF INTENT TO SELL
PROPERTY OF THE ESTATE AT PRIVATE SALE**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> PURSUANT TO M.D. FLA. L.B.R. 2002-4, THE COURT WILL CONSIDER THIS MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT, 300 N. HOGAN STREET, SUITE 3-350, JACKSONVILLE, FL 32202, AND SERVE A COPY ON THE ATTORNEY FOR THE TRUSTEE, GORDON P. JONES, P.O. BOX 600459, JACKSONVILLE, FL 32260-0459. IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C §363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, the Trustee will sell at private sale the Estate's interest in the following described property:

Jewelry (diamond wedding ring one carat princess cut)
appraised at $1,750 for **$1,000**

The sale shall be to the Debtor(s) for not less than $1,000 payable at the rate of $166.67 monthly commencing December 1, 2011, and continuing each month until paid in full. Payment(s) shall be made to **Gordon P. Jones, Trustee, and mailed to Post Office Box 600459, Jacksonville, FL 32260-0459. Furthermore, the Debtor(s) shall forthwith provide the Trustee proof that the tangible personal property is insured against all standard risks and that the Bankruptcy Estate is designated as a loss payee in that policy. The coverage shall continue so long as there remain any sums unpaid.**

1

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Gordon P. Jones, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors. **The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.**

Dated: November 2, 2011

*/s/ Gordon P. Jones*____
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL 32260-0459
(904) 262-7373
Trustee

A copy of the foregoing was furnished by Gordon P. Jones, Trustee, via U.S. Mail, postage prepaid, this 2nd day of November, 2011 or electronically by the Bankruptcy Noticing Center, to all creditors and parties in interest on the mailing matrix.

Label Matrix for local noticing
113A-3
Case 3:11-bk-04733-PMG
Middle District of Florida
Jacksonville
Wed Nov  2 09:57:31 EDT 2011

Lisa Ann Burlingame
23643 Bahama Point, Unit 1326
Fernandina Beach, FL 32034-8077

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Peter Mocke
Fleming & Company, LLC
11624 Davis Creek Road
Jacksonville, FL 32256

Alvarez & Wallace, P.A.
P.O. Box 15879
Amelia Island FL 32035-3115

American Express
P.O. Box 297871
Fort Lauderdale FL 33329-7871

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American InfoSource LP as agent for
Citibank N.A.
PO Box 248840
Oklahoma City, OK  73124-8840

CHASE BANK USA, NA
BANKRUPTCY DEPT
PO BOX 100018
KENNESAW GA 30156-9204

CHASE BANK1/FirstUSA CC
Attn: Correspondence
PO BOX 15298
WILMINGTON DE 19850-5298

COMCAST
PO BOX 551217
Jacksonville FL 32255-1217

Capital One,N.A
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374-0933

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chris Burlingame
510 Jackson Street
Port Clinton OH 43452-1834

DIRECTV
PO Box 6550
Greenwood Village CO 80155-6550

DIRECTV
PO Box 78626
Phoenix AZ 85062-8626

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

GEMB/Lowe
P.O. Box 103065
Roswell GA 30076

JC Penney
P.O. Box 981121
El Paso TX 79998-1121

KOHL'S RECOVERY
PO BOX 3004
MILWAUKEE WI 53201-3004

(p)TRULIANT FEDERAL CREDIT UNION
P O BOX 25132
WINSTON SALEM NC 27114-5132

Tracy Higginbotham
76367 Longleaf Loop
Yulee FL 32097-1699

United States Trustee
135 W Central Blvd, Suite 620
Orlando, FL 32801-2440

Universal/Citi
P.O. Box 6241
Sioux Falls SD 57117-6241

Gordon P. Jones +
P O Box 600459
Jacksonville, FL 32260-0459

United States Trustee - JAX 13/ 7+
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

Kevin B Paysinger +
Bankruptcy Law Firm of Lansing J Roy, PA
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207-2184

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

TRULIANT FEDERAL CREDIT UNION
PO BOX 26000
Winston Salem NC 27114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Paul M. Glenn | (d)Gordon P. Jones + | End of Label Matrix | |
|---|---|---|---|
| Jacksonville | P.O. Box 600459 | Mailable recipients | 30 |
| | Jacksonville, FL 32260-0459 | Bypassed recipients | 2 |
| | | Total | 32 |